**EXHIBIT B**

**U.S. Patent No. 10,386,151**

| Claim Elements | Discussion | Exemplary Hyper Raptor |
|---|---|---|
| 1.A bow comprising: | The Hyper Raptor is a bow. |  |
| a frame; | The Hyper Raptor includes a frame. |  |

| Claim Elements | Discussion | Exemplary Hyper Raptor |
| --- | --- | --- |
| a first limb arranged to support a first rotatable member, said first rotatable member comprising a first side, a second side, a bowstring track, a first cable track and a pass-through aperture; | The Hyper Raptor includes a first limb that supports a first rotatable member with a first side a second side, a bowstring track, a cable track, and pass through aperture. |  |
| a second limb arranged to support a second rotatable member; | The Hyper Raptor includes a second limb and a second rotatable member. |   |

| Claim Elements | Discussion | Exemplary Hyper Raptor |
|---|---|---|
| a bowstring exten ding between the first rotatable member and the second rotatable member; and | The Hyper Raptor includes a bow string that extends from the first rotatable member to the second rotatable member |  |
| a first power cable comprising a first segment, a pass- through segment a nd a second segment, the first segment oriented to the first side of the first rotatable member, the pass- through segment o riented in the pass-through aperture, the third segment orie nted to the second | The Hyper Raptor includes a first power cable which includes one segment oriented to the first side of the first rotatable member, a pass through segment oriented in the pass through aperture and a third segment oriented to the second side of the first rotatable member. |  |

| Claim Elements | Discussion | Exemplary Hyper Raptor |
| --- | --- | --- |
| side of the first rotatable member. | |   |