**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

MCP IP, LLC,

Plaintiff,

v.

BARNETT OUTDOORS, LLC,

Defendant.

**C.A. No. 8:25-cv-00197-WFJ-TGW**

## PLAINTIFF'S ANSWERS TO DEFENDANT'S COUNTERCLAIMS

Plaintiff MCP IP, LLC ("MCP") hereby answers the Counterclaims filed by Defendant Barnett Outdoors, LLC ("Barnett") on March 31, 2025 ((Dkt. No. 17); hereinafter, the "Counterclaims") as follows:

## NATURE OF THE ACTION

1. Paragraph 1 contains allegations for which no response is required. To the extent a response is required, MCP IP admits that Barnett's counterclaims purport to set forth an action for a declaratory judgment under 28 U.S.C. §§ 2201 and 2202, seeking a judgment of invalidity for U.S. Patent No. 10,386,151 (the "'151 patent") owned by MCP IP, LLC.

## PARTIES

2. Upon information and belief, MCP admits the allegations contained in Paragraph 2 of the Counterclaims.

3. MCP admits that it is a limited liability company organized and existing under the laws of South Dakota and maintains a principal place of business at 919 River Road, Sparta, Wisconsin 54656.

## JURISDICTION AND VENUE

4. MCP admits that this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) as alleged in Paragraph 4 of the Counterclaims.

5. MCP admits that this Court has personal jurisdiction over MCP.

6. MCP admits that venue is proper in this District under 28 U.S.C. § 1391(b)-(c) and § 1400.

## GENERAL ALLEGATIONS

7. MCP admits the allegations of Paragraph 7 of the Counterclaims.

8. MCP admits that a substantial, actual, and continuing controversy exists between Barnett and MCP as to whether the ’151 patent is infringed and/or invalid. MCP denies that the ’151 patent is invalid.

## COUNT 1

## Declaration Regarding Non-Infringement of U.S. Patent No. 10,386,151

9. MCP incorporates by reference its response to Paragraphs 1-8 of the Counterclaims as if fully set forth herein.

10. MCP denies the allegations in Paragraph 10 of the Counterclaims.

11. MCP denies the allegations in Paragraph 11 of the Counterclaims.

12. MCP denies the allegations in Paragraph 12 of the Counterclaims.

## COUNT 2

## Declaration Regarding Invalidity of U.S. Patent No. 10,386,151

13. MCP incorporates by reference its responses to Paragraphs 1-12 of the Counterclaims as if fully set forth herein.

14. MCP denies the allegations in Paragraph 14 of the Counterclaims.

15. MCP denies the allegations in Paragraph 15 of the Counterclaims.

16. MCP denies the allegations in Paragraph 16 of the Counterclaims.

## DEFENDANT'S JURY DEMAND

17. MCP is not required to provide a response to Barnett's request for trial by jury. To the extent a response is required, MCP admits that Barnetts seeks a jury trial in Paragraph 17 of the Counterclaims but denies that Defendant is entitled to the relief it seeks in its Counterclaims or any other relief.

## DEFENDANT'S PRAYER FOR RELIEF

MCP denies that Barnett is entitled to recover and/or receive any of the relief sought against MCP in its Prayer for Relief and denies all the allegations contained in Paragraphs A-F of Barnett's Prayer for Relief.

Dated: April 21, 2025

Respectfully submitted,

By: */s/ Matthew A. Colvin*

Carl E. Bruce *(pro hac vice)*
Matthew A. Colvin *(pro hac vice)*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
Email: bruce@fr.com
Email: colvin@fr.com

Grayson P. Sundermeir *(pro hac vice)*
FISH & RICHARDSON P.C.
222 Delaware Avenue, Suite 1700
Wilmington, DE 19801
Telephone: (302) 652-5070
Facsimile: (302) 652-0607
Email: sundermeir@fr.com

Stephen R. Senn
PETERSON & MYERS, P.A.
225 East Lemon Street, Suite 300
Lakeland, Florida 33802-4628
Telephone: (863) 683-6511
Facsimile: (863) 682-8031
Email: ssenn@petersonmyers.com

***Counsel for Plaintiff***
***MCP IP, LLC***

**CERTIFICATE OF SERVICE**

I certify that on April 21, 2025, I electronically filed the foregoing using the Court's CM/ECF system, and that service was provided by electronic mail to all parties of record.

*/s/ Matthew A. Colvin*
Matthew A. Colvin